UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 04-07

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

VS.                                                      **ORDER**

CHARLES D. KING,                                                                                           DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #45] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's Report and Recommendation [DE #45] is ADOPTED as and for the opinion of the Court;

(2) the Defendant's supervised release is REVOKED and shall remain in custody of the Bureau of Prisons for a term of eight (8) months but with credit for all time spent in state custody since May 12, 2007;

(3) The Defendant's imprisonment shall be followed by a new term of supervised release of 28 months with the same conditions that currently exist.

This the 4th day of January, 2008.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**