UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 6:04-07-KKC

UNITED STATES OF AMERICA,                                                                      PLAINTIFF

v.                                                              **ORDER**

CHARLES D. KING,                                                                                 DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on the Recommended Disposition [R. 58] submitted by the Magistrate Judge in response to a Supervised Release Violation Report filed by the United States Probation Office. The Magistrate Judge noted that Defendant stipulated to all reported supervised release violations, that the United States recommended revocation and a sentence of imprisonment in the Court's discretion, and that Defendant requested a sentence at the lower end of the advisory Federal Sentencing Guidelines range. Recommended Disposition at 3. The Magistrate Judge stated that Defendant committed the following violations during his supervision: failing to abstain from alcohol on March 17, 2008; failing to participate in substance abuse treatment; and again failing to abstain from alcohol on May 17, 2008, which also resulted in state criminal charges. *Id.* at 2.

The Magistrate Judge recommended that Defendant serve a 12.5-month term of imprisonment and that his supervision be reimposed for a term of 23.5 months. *Id.* at 4. The Magistrate Judge further recommended aggressive United States Probation Office oversight and mandated treatment upon Defendant's release. Neither party filed Objections to this Recommended Disposition.

Accordingly, the Court, being fully and sufficiently advised, **HEREBY ORDERS** that:

(1) The Magistrate Judge's Report and Recommendation is **ADOPTED** as the Opinion of the Court;

(2) The Defendant's supervised release is **REVOKED**;

(3) The Defendant shall be **INCARCERATED** for a term of imprisonment of 12.5 (twelve and one half) months;

(4) The sentence of imprisonment **SHALL BE FOLLOWED** by a new term of **SUPERVISED RELEASE** of 23.5 (twenty-three and one half) months, on the same terms currently in effect as recorded in the Revocation Judgment [R. 49];

(5) Upon Defendant's request, the Court will recommend BOP placement at a federal medical facility, given Defendant's particular health problems; and

(6) Judgment shall be entered contemporaneously with this Opinion and Order.

Dated this 25th day of June, 2008.

Signed By:

*Karen K. Caldwell*  KKC

**United States District Judge**